# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 09-CR-00138-001-CVE |
| | ) |
| **RUBEN GARCIA HERNANDEZ,** | ) |
| | ) |
| **Defendant.** | ) |

## GOVERNMENT'S MOTION FOR
## ONE LEVEL REDUCTION
## <u>FOR ACCEPTANCE OF RESPONSIBILITY</u>

The United States of America, through Allen J. Litchfield, Assistant United States Attorney, hereby moves that the defendant's total offense level be decreased by one additional level for early acceptance of responsibility under United States Sentencing Guidelines § 3E1.1(b).  In support of its motion, the Government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently.  Accordingly, the Government would ask the Court to

decrease defendant's offense level by one additional level, as provided for in United States Sentencing Guideline § 3E1.1(b).

Respectfully submitted,

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY

*/s/ Allen J. Litchfield*
ALLEN J. LITCHFIELD, OBA #010613
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Julia O'Connell

*/s/ Allen J. Litchfield*
Allen J. Litchfield
Assistant United States Attorney